**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

A. THOMAS BECKMAN                    \*        Case No.  12-15765 NVA

                                                   \*        Chapter 13

   Debtor

                                                   \*        (SSN xxx-xx-3486)

                                                   \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

**OBJECTION TO CLAIM OF ASSET ACCEPTANCE**

**LLC ASSIGNEE BANK OF AMERICA (CLAIM #7)**

   The Debtor, A. Thomas Beckman, by and through his attorney, David S. Ostrow,

hereby objects to the Proof of Claim filed by Asset Acceptance LLC assignee BANK OF

AMERICA (hereinafter referred to as "Creditor") and in support thereof, states as

follows:

   1. That on March 27, 2012 (the "Petition Date"), Debtor filed a Voluntary

Petition for relief under Chapter 13 of the Bankruptcy Code.

   2. That the Meeting of Creditors was held on May 10, 2012.

   3. That on July 12, 2012, Creditor filed a Proof of Claim (the "Proof of Claim")

reflecting a total debt (hereinafter the "Debt") of $23,130.45 (see Claim #7).

4.   Pursuant to the Account Statement Summary (which is page 3 of the Proof of Claim), ARROW was the ASSIGNOR of the Debt and BANK OF AMERICA was the ORIGINAL CREDITOR. The Date of Last Transaction was on 11/03/2000 and the Date of Last Payment was on 11/03/2000. The Charge Off Date was on 12/18/2000.

5.   That the supporting documentation attached to the Proof of Claim does not show any activity on the account in question since the Charge Off Date.  Because the Charge Off Date of 12/18/2000 is more than three (3) years old, the Debt is barred by the Statute of Limitations.

WHEREFORE, Debtor respectfully requests that your Honorable Court:

A.  Disallow Creditor's entire claim; and

B.  Order such other and further relief as is just and proper.


_____/s/_____
David S. Ostrow, Esquire
Federal Bar # 07849
11419 Cronridge Drive, Suite 1
Owings Mills, Maryland 21117
410-654-0604
dso@askyassoc.com
Attorney for Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of September, 2012, copies of the foregoing were mailed, postage prepaid, to the following by first class mail, postage prepaid:

Nancy Spencer Grigsby, Chp. 13 Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716

A. Thomas Beckman
13 Brookstone Court
Lutherville, MD 21093

Registered Agent for Asset Acceptance, LLC
The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

Asset Acceptance LLC assignee BANK OF AMERICA
attention: Christina Elliott, Bankruptcy Supervisor
PO Box 2036
Warren, MI 48090

/s/<u>David S. Ostrow</u>
David S. Ostrow, Esquire

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| A. THOMAS BECKMAN | * | Case No.  12-15765 NVA |
| | * | Chapter 13 |
| Debtor | * | (SSN xxx-xx-3486) |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**OBJECTION TO CLAIM OF ASSET ACCEPTANCE, LLC ASSIGNEE BANK**
**OF AMERICA (CLAIM # 7)**

**NOTICE TO CLAIMANT**

WITHIN THIRTY (30) DAYS AFTER THE DATE ON THE CERTIFICATE
OF SERVICE OF THIS OBJECTION, YOU MAY FILE AND SERVE A
MEMORANDUM IN OPPOSITION, TOGETHER WITH ANY OTHER EVIDENCE
YOU WISH TO ATTACH IN SUPPORT OF YOUR CLAIM, UNLESS YOU WISH TO
RELY SOLELY UPON THE PROOF OF CLAIM.  AN INTERESTED PARTY MAY
REQUEST A HEARING THAT WILL BE HELD IN THE COURT'S DISCRETION.

THE ADDRESS AT WHICH ANY RESPONSIVE MEMORANDUM MUST
BE FILED IS:  CLERK, UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND, ROOM 8308, 101 WEST LOMBARD STREET,
BALTIMORE, MARYLAND, 21201.  PLEASE SEND A COPY OF ANY
RESPONSIVE MEMORANDUM TO THE UNDERSIGNED.

_/s/_____
David S. Ostrow, Esquire
Federal Bar # 07849
11419 Cronridge Drive, Suite 1
Owings Mills, Maryland 21117
410-654-0604
dso@askyassoc.com
Attorney for Debtor

B 10 (Official Form 10) (12/11)                                                                      Chapter 13

| UNITED STATES BANKRUPTCY COURT         DISTRICT OF     MARYLAND | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>( A THOMAS BECKMAN )   A BECKMAN | Case Number:<br>12-15765 |
|---|---|

NOTE:  Do not use this form *to make a claim for an administrative expense arising after the bankruptcy filing.. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Asset Acceptance LLC   assignee  BANK OF AMERICA

**COURT USE ONLY**

Name and address where notices should be sent:
Asset Acceptance LLC assignee  BANK OF AMERICA
PO Box 2036
Warren, MI 48090
Telephone number:                        email: celliott1@assetacceptance.com
877-327-7384
Fax: (586) 983 -7442

☐ Check this box to indicate that this claim amends a previously filed clai

**Court Claim Number:_____**
*(If known)*
Filed on:_____

Name and address where payments should be sent (if different from above):



Telephone Number:                        email

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.

1. Amount of claim as of Date Case Filed: $23,130.45

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim.  Attach itemized statement of interest or charges.

2. Basis for Claim:  Money loaned
(See instruction #2.)

| 3. Last four digits of any number by which creditor identifies debtor:<br><br>XXXXXX-XX-1706 | 3a.  Debtor may have scheduled account as<br><br>_____<br>(See instruction #3a.) | 3b.  Uniform Claim Identifier (optional)<br><br>_____<br>(See instruction #3b.) |
|---|---|---|

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a settoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Judgement Lien
**Describe:**

**Value of Property: $_____**

**Annual Interest Rate:_____% ☐ Fixed ☐ Variable
(when case was filed)**

Amount of  arrearage and other charges as of time case filed included in secured claim, if any:

$_____

Basis for perfection:_____

Amount of Secured Claim:   $ _____

Amount unsecured:          $ _____

**5.Amount of Claim Entitled to Priority under 11 U.S.C. §.507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (upto $11,725*) earned within 180 days before case was filed or the debtor's business ceased, whichever is earlier1- 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan 11 U.S.C.§507 (a)(5)

Amount entitled to priority

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a(7

☐ Taxes or penalties owed to governmental units - 11U.S.C. §507 (a)(8)

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_)

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6.      Credits:  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (see instruction  #6)

BK_0006 Account No.: 28983236

B 10 (Official Form 10) (12/11)                                                                                                                                2

7.      **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured , box 4 has been completed, and redated copies of the documents providing evidence of perfection of a security interest is attached. (See instruction #7, and the defininaition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8.      **Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ am the trustee , or debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:     Christina Elliott
Title:     Bankruptcy Supervisor
Company:     ASSET ACCEPTANCE,LLC                            /s/ Christina Elliott                July 12, 2012
Address and telephone number ( if different from notice address above):     (Signature)                          (Date)

Telephone number:                              email:
*Penalty for presenting a fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18U.S.C. §§152 and 3571.*

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law.  In certian circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002g)

**1.  Amount of Claim as a Date Case Filed:**

State the total amount owed to the creditor on the date of bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2.  Basis for Claim:**

State type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.  You may be required to provide additional disclosure if an interested party objects to the claim.

**3.  Last Four Digits of Any Number which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a.  Debtor May Have Scheduled Account As:**

Teport a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b.  Uniform Claim Identifier:**

If you use a uniform claim identifier, you may report it here.  A uniform claim identifier is an optional 24 character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4.  Secured Claim:**

Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions)  If the claim is secured, check the box for the nature and value of the property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate *(and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of the claim falles into any catagory shown, check the appropriate box(es) and stat the amount entitled to priority. (See Definitions)  A claim may be partily piority and partly non-priority.  For example, in some categories, the law limits the amount entitled to priority.

**6.  Credits:**

An authorized signature on this proof of claim services as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.  Documents:**

Attach reactded copies of any documents that show the debt exists and a lien secures the debt.  You must also attach copies of documents that evidence perfection of any security interest.  You may also attach a summary in addition to the documents themselves.  FRBP 3001(c) and (d).  If the claim is based on delivering health care goods or services, limit disclosing cofidential health care information.  Do not send original documents, as attachments may be destroyed after scanning.

**8.  Date and Signature:**

The individual completing this proof of claim must sign and date it..  FRBP 9011.  If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature.  If yousign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirement of FRBP 11(b).  Whether the claim is filed electronically or in person, if your name is on the signature line , you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs form the address given on the top of the formfor purposes of receiving notices.  If the claim is filed by an authorized agent, attacha complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name and of the agent.  If the authorized agent is a servicer, identify the corporate servicer as the company.  Criminal penalties apply for making a false statement on a proof of claim.

Account Summary for: A THOMAS BECKMAN

Current Address: 13 BROOKSTONE CT  LUTHERVILLE TIMONIUM MD 21093

Account Information:

| ACCOUNT NUMBER | REFERENCE NO | ORIGINAL CREDITOR NAME | ASSIGNOR (if other than original creditor) |
|---|---|---|---|
| XXXXXX-XX-1706 | 28983236 | BANK OF AMERICA | ARROW |

| JUDGMENT DATE | DATE OF LAST TRANSACTION | CHARGE OFF DATE | DATE OF LAST PAYMENT |
|---|---|---|---|
| | November 03, 2000 | December 18, 2000 | November 03, 2000 |

Claim Balance Information:

| BALANCE DUE as of March 27, 2012 | PRINCIPAL AMOUNT | INTEREST RATE | INTEREST DUE as of March 27, 2012 |
|---|---|---|---|
| $23,130.45 | $15,936.14 | 4.00 % | $7,194.31 |

Claim Information:

| BANKRUPTCY COURT | CASE NUMBER | FILING DATE |
|---|---|---|
| District of MARYLAND | 12-15765 | March 27, 2012 |

Notice and Payment Information:

| CREDITOR NAME | ADDRESS | PHONE/FAX | EMAIL |
|---|---|---|---|
| ASSET ACCEPTANCE LLC | Po Box 2036 Warren MI 48090 | Phone- 877-327-7384 Fax- 586-983-7442 | celliot1@assetacceptance.com |

The information above is a redacted summary of the electronic records of the account.

07/12/2012
12:00 AM

SCHEDULE A

CLIENT - BANK OF AMERICA

| ACCT# FROM CLT | NAME | SPOUSE NAME | AMOUNT |
|---|---|---|---|
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXX-XX-1706 | A THOMAS BECKMAN | | $15,936.14 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | $999999999.99 |

THIS IS THE INFORMATION REGARDING THE CONSUMER. ALL OTHER CONSUMER INFORMATION HAS BEEN REDACTED FOR PRIVACY PURPOSES